Page 1 of  1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LONNIE WARD,

    Petitioner,

v.                                                          Case No.: 4:12cv507/MCR/CAS

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 2, 2014.  (Doc. 21).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (doc. 1) is **DENIED**.

    3.    A certificate of appealability is **DENIED**.

    4.    Leave to appeal *in forma pauperis* is **DENIED.**

    **DONE AND ORDERED** this 31st day of August, 2015.

                              *s/ M. Casey Rodgers*
                              **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**